HARRY SHAMES and Others, Respondents, v. EMANUEL LIEBERMAN and ELK ESTATE, INC., Appellants.— Order denying defendants' motion to vacate plaintiffs' notice of examination before trial affirmed, with fifty dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

MORRIS SILVERSTEIN, Respondent, v. MILLIE SILVERSTEIN, Known as MILLIE ESSENOFF, and Also as MILLIE DUNN, Appellant.— Interlocutory judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

ANGELINA VITARELLI, Respondent, v. BRUSON CONSTRUCTION CORPORATION and Others, Defendants, Impleaded with GIBRALTAR CREDIT CORPORATION and SAMUEL LEMBERG, Appellants.— Order denying appellants' motion to strike out second amended complaint or, in the alternative, to direct that the causes of action therein be separately stated and numbered, affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

ISAAC P. HARRIS, Appellant, v. ROBERT S. DARBEE, as Substituted Trustee, etc., of KARL EUCHENHOFER, Also Known as KARL EICHENHOFER and as CHARLES EICHENHOFER, Deceased, and Others, Respondents.— On argument, order denying motion to strike out separate defenses and for summary judgment affirmed, with ten dollars costs and disbursements. There may be questions of fact for determination on the trial. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

FILIPPO MACCHIAVERNA, Suing for Himself as Stockholder, and All Other Stockholders of the CAMPANIA REAL ESTATE COMPANY in Like Situation Who Shall Choose to Make Themselves Parties to this Action, Respondent, v. CAMPANIA REAL ESTATE COMPANY and Others, Defendants, Impleaded with JULIUS LEHRENKRAUSS and HOWARD D. HAMMOND, Individually and as Executors, etc., of BENJAMIN J. SFORZA, Deceased, Appellants.— On argument of appeal, stay of trial granted pending the conclusion of examination of plaintiff, which is set down for Monday, November fourteenth, at ten A. M. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

REGINA BLANK, Respondent, v. MARESI MAZZETTI CORPORATION. Appellant. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

RACHEL CAMPANARO, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.